United States District Court for the Southern District of New York

United States of America
                     Plaintiff. 

                                   Case No. S5-93-Cr-0180
                                   Judge (L.A.K.)
V.



Mohammad Salameh
                     Defendant.

Affidavit of facts

Come Now, Mr. Mohammad Salameh, respectfully requesting the Honorable Court, and Honorable Judge, and the very respectable Clerk of the Court, and the A.U.S.A. for any (CLAIRIFICATION), Pursuant to Mr. Mohammad Salameh, 3/4/93, (ARREST ITEMS SEIZED CURRENCY OF $2,615 DOLLARS), Please see attached evidence exhibit no.1. supporting the Federal Bureau of Investigation, Washington D.C. 20535, April 30, 1993, page no. 3. report supporting Mr. Mohammad Salameh, Money that was taking in lines no. 1. and 2. below.

1. Q88, $1,515 dollars in U.S. currency.
2. Q89, $1,100 dollars in U.S. and 32 Dinar in currency.

Conclusion

Mr. Mohammad Salameh, respectfully requesting for and full impartial warranted investigation pursuant for the $2,615 dollars in currency that was taking from him, and he respectfully request for the money to be tendered to him with any (Interest) after the investigation.

Respectfully submitted
Mr. Mohammad Salameh.

*/s/ Mohammad Salameh*

Certificate of Service

Mr. Mohammad Salameh, States under penalty of perjury that all information stated herein is true Pursuant to 28. U.S.C. § 1746, with one copy mailed to the Clerk of the Court, and Mr. Mohammad Salameh, respectfully request the Clerk of the Court to mail the A.U.S.A. a Copy.

1. Clerk of Court Office

Respectfully Submitted
Mr. Mohammad Salameh
Reg. No. 34338-054
U.S.P. Big Sandy
P.O. Box 2068
Inez ky. 41224

*/s/ Mohammad Salameh*
March 20, 2019

7-i (Rev. 2-21-91)

Case 1:19-cv-04002-LAK   Document 1   Filed 04/30/19   Page 3 of 7

**FBI LABORATORY**

# FEDERAL BUREAU OF INVESTIGATION
## WASHINGTON, D. C. 20535

Date: April 30, 1993

To: ADIC, New York

Reference: (SEE REFERENCE BELOW)

Your No.: 265A-NY-235983

Re: TRADEBOM;
MAJOR CASE 82;
AOT-IT-EID

OO: New York

FBI File No.: 265A-NY-235983

Lab No.:
- 30310009 S YR YB AP
- 30310020 S YR YB TD
- 30309062 S YR YB
- 30322025 S/D YR YB TD UD
- 30319040 S YR AR
- 30322080 S/D YR AR UD
- 30322090 S/D YR AR UD
- 30323021 S YR AR
- 30323022 S YR AR
- 30323023 S YR AR
- 30323039 S/D YR AR UD
- 30325006 S YR YB AP TD
- 30329001 S YR YB
- 30329020 S YR YB
- 30326054 S/D YR YB UD
- 30329074 S YR YB
- 30331002 S/D YR AR UD
- 30331003 S/D/E YR YB UD YH
- 30409039 S YR AR

Specimens received: March 9, March 10, March 19, March 22, March 23, March 25, March 26, March 29, March 29, March 31, and April 9, 1993

Reference: Communications dated March 8, March 15, March 16, March 18, March 19, March 22, March 23, and March 25, 1993, evidence receipts dated March 10, March 29, and April 9, 1993

REDACTED

Page 1                                                                 (over)

This Report Is Furnished For Official Use Only

Specimens received from SAC, Baltimore, March 9, 1993, under cover of evidence receipt dated March 10, 1993 (30310009 S/D YR YB AP UD):

Specimens personally delivered by SA Skobie:

| | |
|---|---|
| Q79 | U-Haul Truck |
| Q79a | Newspaper (MAU #1) |
| Q79b | Employment application (MAU #2) |
| Q79c | Registration form and receipt (MAU #3) |
| Q79d | Rental agreement (MAU #4) |
| Q79e | Ford maintenance book (H&F #1) |
| Q79f | Vacuum sweepings (H&F #2) |
| Q79g | Vacuum sweepings (H&F #3) |
| Q79h | Plastic bag and straws (H&F #4) |
| Q79i | U-Haul truck book (H&F #5) |
| Q79j | Vacuum sweepings (H&F #6) |
| Q79k | Paper and plastic bags (H&F #7) |
| Q79l | Debris from ashtray (H&F #8) |
| Q79m | Debris from console (H&F #9) |
| Q79n | Items from passenger floor (H&F #10) |
| Q79o | Screw cap from dash area (H&F #11) |
| Q79p | Vacuum sweepings (H&F #12) |
| Q79q | Sign from rear of cab (H&F #13) |
| Q79r | Debris from rear of cab (H&F #14) |
| Q79s | Vacuum sweepings (H&F #15) |
| Q79t | Plastic clip (H&F #16) |
| Q79u | Vacuum sweepings (H&F #17) |

| | |
|---|---|
| Q79v | Vacuum sweepings (H&F #18) |
| Q79w | Vacuum sweepings (H&F #19) |
| Q79x | Vacuum sweepings (H&F #20) |
| Q79y | Vacuum sweepings (H&F #21) |
| Q79z | Acetone swab (H&F #22) |

Specimens received from ADIC, New York, March 10, 1993, under cover of evidence receipt dated March 10, 1993 (30310020 S YR YB TD):

ITEMS SEIZED PURSUANT TO SEARCH WARRANT EXECUTED AT 40 PAMRAPO AVENUE, JERSEY CITY, NEW JERSEY:

| | |
|---|---|
| Q80 | Scrapings |
| Q81 | Rug sample |
| Q82 | Scrapings |
| Q83 | Rug sample |
| Q84 | Swab and metal screw |

Specimens received from ADIC, New York, March 10, 1993, under cover of communication dated March 8, 1993 (30309062 S YR YB):

ITEMS SEIZED FROM MOHAMMED SALAMEH AT THE TIME OF ARREST 3/4/93:

| | |
|---|---|
| Q88 | $1,515 dollars in U.S. currency |
| Q89 | $1,100 dollars in U.S. currency and 32 Dinar in currency |

Specimens received from SAC, Newark, March 22, 1993, under cover of communication dated March 22, 1993 (30322025 S/D YR YB TD UD):

ITEMS SEIZED PURSUANT TO SEARCH WARRANT EXECUTED AT 1811 COLONIAL GARDENS DRIVE, AVENEL, NEW JERSEY:

| | |
|---|---|
| Q138 | Green rubber suit (1B 122, A6) |

Page 3                                                                 (over)
30310009 S YR

Urea nitrate was identified on specimen Q2466.

Metallic powder adhering to specimen Q2467 was identified as aluminum.

White powder from specimen Q138 is consistent with the presence of calcium sulfate. Calcium sulfate is commonly found in materials such as gypsum wall board.

The presence of zinc sulfate was identified on specimen Q162.

The presence of calcium carbonate was identified on specimen Q163.

The presence of zinc sulfate was identified on specimen Q164.

Specimens Q79, Q88 and Q89 were analyzed for the possible presence of nitroglycerine (NG), trinitrotoluene (TNT), cyclotrimethylenetrinitramine (RDX), and pentaerythritol tetranitrate (PETN), with negative results.

Specimens Q138 through Q154, Q165 through Q186, Q189, Q192, Q2456, Q2457, Q2459 through Q2462, Q2463, Q2464, Q2595 through Q2598 and Q2707 were analyzed for the possible presence of NG, TNT, RDX, PETN, as well as, ethyleneglycol dinitrate (EGDN) and dinitrotoluene (DNT), with negative results.

Specimens Q194g, Q194q, Q194r and Q194s were analyzed for the possible presence of NG, with negative results.

Specimens Q138, Q141, Q168, Q169, Q171 through Q186, Q194f, Q194g, Q194q, Q194r and Q194s were also analyzed for the possible presence of other nitrate containing materials, with negative results.

DISPOSITION OF SPECIMENS:

The submitted specimens will be returned upon completion of the remaining examinations.

INMATE NAME: Mohammad Salameh
REGISTER #: 34338-054
UNITED STATES PENITENTIARY, BIG SANDY
PO Box 2068
Inez, KY. 41224

Special Mail
April 24, 2019

UNITED STATES PENITENTIARY BIG SANDY
P.O. BOX 2068, INEZ, KY 41224
The enclosed letter was processed through special mailing procedures for forwarding to you. If the writer raises a question over jurisdiction of this facility, you may wish to return for clarification. If writer encloses correspondence to another addressee, please return. DATE:

APR 24 2019
SDNY

RECEIVED
SDNY PRO SE OFFICE
2019 MAY -3 PM 3:56

Lewis A Kaplan, U.S. Judge
S.D. OF N.Y. 500 Pearl ST
U.S. Courthouse, Clerk office
NEW YORK, NY 10007
United States

RECEIVED
APR 30 2019
JUDGE KAPLAN'S CHAMBERS

