UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMAD SALAMEH,

        Plaintiff,

-against-

UNITED STATES OF AMERICA,

        Defendant.

Case No. 19-CV-4002 (LAK)
93-CR-180 (LAK)

MOTION FOR EXTENSION OF TIME FOR IFP APPLICATION AND PRISONER AUTHORIZATION

RECEIVED
MAY 30 2019
JUDGE KAPLAN'S CHAMBERS

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 30 2019

Copies mailed 5-31-19
Chambers of Judge Kaplan (order attached)

Plaintiff Mohammad Salameh is seeking from this Court an Order for an Extension of time of thirty days to submit a signed in forma pauperis (IFP) application and a prisoner authorization.

      The reason behind this Motion is because Plaintiff has not received any forms or documents along with the Court's Order of May 13, 2019. Plaintiff has not been provided with the needed forms or applications for IFP and a prisoner authorization form. Plaintiff has received only this Court's Order on May 16, 2019, with no other forms or documents with it.

      Accordingly, Plaintiff, respectfully is asking this honorable Court to grant his

= Motion for an Extension of Time for thirty (30) days, and to provide Plaintiff with all forms or applications for in forma pauperis (IFP) and a prisoner authorization.

    It is Plaintiff's intention to proceed in this Civil Action in pro se by submitting IFP application and prisoner authorization forms as soon as Plaintiff receives them from Court.

Respectfully submitted,

May 19, 2019
Date

M'h'd

Mohammad Salameh,
Plaintiff, in pro se

**MEMO ENDORSED**

Application granted. The Clerk shall mail the requested forms.

So Ordered: /s/ Allison J. Nathan
Hon. Allison J. Nathan
U.S.D.J.-Part I

## CERTIFICATE OF SERVICE

Dated: May 30, 2019

Mohammad Salameh, states under penalty of perjury that all information stated herein is true and correct. Pursuant to 28 U.S.C. §1746, with a copy mailed to the Clerk of the Court, and Mohammad Salameh respectfully requests the Clerk of the Court to mail the A.U.S.A a copy.

May 19, 2019
Date

M'h'd

Mohammad Salameh #34338-054
U.S.P. Big Sandy, P.O. Box 2068
Inez, KY 41224

- 2 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_____ CV _____ ( ) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

_____
_____
(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*   ☐ Yes   ☐ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution? ☐ Yes   ☐ No

   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?   ☐ Yes   ☐ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment   ☐ Yes   ☐ No
   (b) Rent payments, interest, or dividends            ☐ Yes   ☐ No

SDNY Rev· 8/5/2015

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts or inheritances | ☐ Yes | ☐ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☐ No |
| (g) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

_____        _____
Dated                                 Signature

_____        _____
Name (Last, First, MI)                Prison Identification # (if incarcerated)

_____   _____     _____   _____
Address                City           State        Zip Code

_____        _____
Telephone Number                      E-mail Address (if available)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
(full name of the plaintiff/petitioner)

-against-

CV _____ ( ) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

_____
(full name(s) of the defendant(s)/respondent(s))

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

_____    _____
Date                            Signature

_____    _____
Name (Last, First, MI)          Prison Identification #

_____    _____
Address           City           State      Zip Code

---

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev 10/26/16