USDC DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-10-19

MEMO ENDORSED

United States District Court for the Southern District of New York

United States of America

Plaintiff.

**19 CV 4002**

Case No. S5-93-CR 180 (LAK)
Judge (L.A.K.)

V.

Mohammad Salameh

Defendant.



RECEIVED
APR 3 0 2019
JUDGE KAPLAN'S CHAMBERS

Affidavit of facts

Come Now, Mr. Mohammad Salameh, respectfully requesting the Honorable Court, and Honorable Judge, and the very respectable Clerk of the Court, and the A.U.S.A. for any (CLAIRIFICATION), Pursuant to Mr. Mohammad Salameh, 3/4/93, (ARREST ITEMS SEIZED CURRENCY OF $2,615 DOLLARS), Please see attached evidence exhibit no.1. supporting the Federal Bureau of Investigation, Washington D.C. 20535, April 30, 1993, page no. 3. report supporting Mr. Mohammad Salameh, Money that was taking in lines no. 1. and 2. below.

1. Q88, $1,515 dollars in U.S. currency.

2. Q89, $1,100 dollars in U.S. and 32 Dinar in currency.

Motion denied for reasons
stated, 1st the fault in 10/10/19
Otto and Judge Dotty's order.
9/6/SO ORDERED

LEWIS A. KAPLAN, USDJ
10/10/19

Conclusion

Mr. Mohammad Salameh, respectfully requesting for and full impartial
warranted investigation pursuant for the $2,615 dollars in
currency that was taking from him, and he respectfully request for
the money to be tendered to him with any (Interest) after the
investigation.

Respectfully submitted

Mr. Mohammad Salameh.

$MAS$

Certificate of Service

Mr. Mohammad Salameh, States under penalty of perjury that all in-
formation stated herein is true Pursuant to 28. U.S.C. § 1746, with
one copy mailed to the Clerk of the Court, and Mr. Mohammad Salameh,
respectfully request the Clerk of the Court to mail the A.U.S.A.
a Copy.

1. Clerk of Court Office

Respectfully Submitted
Mr. Mohammad Salameh
Reg. No. 34338-054
U.S.P. Big Sandy
P.O. Box 2068
Inez ky. 41224

Mohammad Salameh
March 20, 2019



# FEDERAL BUREAU OF INVESTIGATION
## WASHINGTON, D. C. 20535

To:  ADIC, New York

Date:  April 30, 1993

| | |
|---|---|
| FBI File No. | 265A-NY-235983 |
| | 30310009 S YR YB AP |
| Lab No. | 30310020 S YR YB TD |
| | 30309062 S YR YB |
| | 30322025 S/D YR YB TD |
| | UD |

Reference:  (SEE REFERENCE BELOW)

30319040 S YR AR
30322080 S/D YR AR UD
30322090 S/D YR AR UD

Your No.  265A-NY-235983

30323021 S YR AR
30323022 S YR AR

Re:  TRADEBOM;
MAJOR CASE 82;
AOT-IT-EID

30323023 S YR AR
30323039 S/D YR AR UD
30325006 S YR YB AP
TD

OO:  New York

30329001 S YR YB
30329020 S YR YB
30326054 S/D YR YB UD
30329074 S YR YB
30331002 S/D YR AR UD
30331003 S/D/E YR YB
UD YH

Specimens received:  March 9, March 10, March 19,
March 22, March 23, March 25,
March 26, March 29, March 29,
March 31, and April 9, 1993

30409039 S YR AR

Reference:  Communications dated March 8, March 15, March 16,
March 18, March 19, March 22, March 23, and
March 25, 1993, evidence receipts dated March 10,
March 29, and April 9, 1993

REDACTED

Page 1

(over)

This Report Is Furnished For Official Use Only

Specimens received from SAC, Baltimore, March 9, 1993, under cover of evidence receipt dated March 10, 1993 (30310009 S/D YR YB AP UD):

Specimens personally delivered by SA Skobie:

Q79      U-Haul Truck

Q79a     Newspaper (MAU #1)

Q79b     Employment application (MAU #2)

Q79c     Registration form and receipt (MAU #3)

Q79d     Rental agreement (MAU #4)

Q79e     Ford maintenance book (H&F #1)

Q79f     Vacuum sweepings (H&F #2)

Q79g     Vacuum sweepings (H&F #3)

Q79h     Plastic bag and straws (H&F #4)

Q79i     U-Haul truck book (H&F #5)

Q79j     Vacuum sweepings (H&F #6)

Q79k     Paper and plastic bags (H&F #7)

Q79l     Debris from ashtray (H&F #8)

Q79m     Debris from console (H&F #9)

Q79n     Items from passenger floor (H&F #10)

Q79o     Screw cap from dash area (H&F #11)

Q79p     Vacuum sweepings (H&F #12)

Q79q     Sign from rear of cab (H&F #13)

Q79r     Debris from rear of cab (H&F #14)

Q79s     Vacuum sweepings (H&F #15)

Q79t     Plastic clip (H&F #16)

Q79u     Vacuum sweepings (H&F #17)

Page 2                                              (over)
30310009 S YR

Q79v    Vacuum sweepings (H&F #18)

Q79w    Vacuum sweepings (H&F #19)

Q79x    Vacuum sweepings (H&F #20)

Q79y    Vacuum sweepings (H&F #21)

Q79z    Acetone swab (H&F #22)


Specimens received from ADIC, New York, March 10, 1993, under
cover of evidence receipt dated March 10, 1993 (30310020 S YR
YB TD):

ITEMS SEIZED PURSUANT TO SEARCH WARRANT EXECUTED AT
40 PAMRAPO AVENUE, JERSEY CITY, NEW JERSEY:

Q80     Scrapings

Q81     Rug sample

Q82     Scrapings

Q83     Rug sample

Q84     Swab and metal screw


Specimens received from ADIC, New York, March 10, 1993, under
cover of communication dated March 8, 1993 (30309062 S YR YB):

ITEMS SEIZED FROM MOHAMMED SALAMEH AT THE TIME OF ARREST
3/4/93:

Q88     $1,515 dollars in U.S. currency

Q89     $1,100 dollars in U.S. currency and 32 Dinar in
        currency


Specimens received from SAC, Newark, March 22, 1993, under
cover of communication dated March 22, 1993 (30322025 S/D YR YB
TD UD):

ITEMS SEIZED PURSUANT TO SEARCH WARRANT EXECUTED AT
1811 COLONIAL GARDENS DRIVE, AVENEL, NEW JERSEY:

Q138    Green rubber suit (1B 122, A6)

Page 3                                          (over)
30310009 S YR

Urea nitrate was identified on specimen Q2466.

Metallic powder adhering to specimen Q2467 was identified as aluminum.

White powder from specimen Q138 is consistent with the presence of calcium sulfate.  Calcium sulfate is commonly found in materials such as gypsum wall board.

The presence of zinc sulfate was identified on specimen Q162.

The presence of calcium carbonate was identified on specimen Q163.

The presence of zinc sulfate was identified on specimen Q164.

Specimens Q79, Q88 and Q89 were analyzed for the possible presence of nitroglycerine (NG), trinitrotoluene (TNT), cyclotrimethylenetrinitramine (RDX), and pentaerythritol tetranitrate (PETN), with negative results.

Specimens Q138 through Q154, Q165 through Q186, Q189, Q192, Q2456, Q2457, Q2459 through Q2462, Q2463, Q2464, Q2595 through Q2598 and Q2707 were analyzed for the possible presence of NG, TNT, RDX, PETN, as well as, ethyleneglycol dinitrate (EGDN) and dinitrotoluene (DNT), with negative results.

Specimens Q194g, Q194q, Q194r and Q194s were analyzed for the possible presence of NG, with negative results.

Specimens Q138, Q141, Q168, Q169, Q171 through Q186, Q194f, Q194g, Q194q, Q194r and Q194s were also analyzed for the possible presence of other nitrate containing materials, with negative results.

DISPOSITION OF SPECIMENS:

The submitted specimens will be returned upon completion of the remaining examinations.

INMATE NAME: _Mohammad Salameh_

REGISTER#: _34338-054_

UNITED STATES PENITENTIARY, BIG SANDY

PO Box 2068

Inez, KY, 41224

APR 21 2019

SDNY

P3

SDNY PRO SE OFFICE
2019 MAY -3 PM 3:56
RECEIVED

S.D. OF N.Y.

Lewis A Kaplan, U.S. Judge
U.S. Courthouse, Clerk office
500 Pearl ST
NEW YORK, NY 10007
United States

10007813I6 0014

_Special Mail_

_April 24, 2019_

RECEIVED
APR 30 2019
JUDGE KAPLAN'S CHAMBERS



UNITED STATES PENITENTIARY BIG SANDY
P.O. BOX 2068 INEZ, KY 41224
The enclosed letter was processed through
special mailing procedures for forwarding to you
If the writer raises a question over jurisdiction
of this facility, you may wish to return for
clarification. If writer encloses correspondence to
another addressee, please return. DATE:

_Special_