UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
MOHAMMAD SALAMEH,

                Plaintiff,

     -against-

UNITED STATES OF AMERICA,

                Defendant.
------------------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 11/4/19

Copies mailed by chambers by First Class Mail. 11/4/2019 AM

19-cv-4002 (LAK)
(93-cr-0180 (LAK))

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       On April 30, 2019, plaintiff Mohammad Salameh moved for return of property under Federal Rule of Criminal Procedure 41(g). [DI 1.] The Court denied the motion on October 10, 2019. [DI 16.]

       Plaintiff has since filed a submission in further support of his motion. [DI 17.] The Court treats this submission as a motion for reconsideration. The government shall file its response no later than November 18, 2019.

       SO ORDERED.

Dated:    November 4, 2019

                                                       Lewis A. Kaplan
                                                    United States District Judge