**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RACHELLE BRIANA TYSON,
                        Plaintiff,

        -against-                               18 **CIVIL** 8515 (GBD) (KHP)

THE CITY OF NEW YORK                       **JUDGMENT**
(ADMINISTRATIVE CHILD SERVICES) and
NANCY SANCHEZ, Child Specialist Supervisor,
                       Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 26, 2020, Magistrate Judge Parker's Report is adopted; Defendants' motion to dismiss is granted.

**Dated:** New York, New York
          March 3, 2020

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                         **BY:**
                                                        **Deputy Clerk**

                                                        THIS DOCUMENT WAS ENTERED
                                                        ON THE DOCKET ON 3/3/2020