93-cr-180

Mohammad Salameh
Reg. No. 34338-054
U.S. Penitentiary Big Sandy
P.O. Box 2068
Inez, KY 41224

MEMO ENDORSED

June 11, 2020

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
JUN 16 2020
PRO SE OFFICE

Re: Mohammad Salameh v. United States, 19-civ-4002(LAK)

Dear Judge Kaplan:

    I am writing you this letter/motion seeking your intervention with the AUSA/SDNY Danielle R. Sassoon in the above mentioned case for the return of my property/money in the amount of $2,615.00, which you ordered to be returned to me on November 19, 2019, and again by Judgment signed by Deputy Clerk of Court on March 4, 2020. The intervention I am seeking is through an order from you to the government to return my $2,615.00, immediately with NO further delay.

Judge Kaplan's letter/motion continues, Page Two       June 11, 2020

The Government, despite your Nov. 19, 2019's order and the Court's Judgement on March 4, 2020, has not returned my property/money in the amount of $2,615.00, and despite my two letters to AUSA D. Sassoon on February 19, 2020, and on May 13, 2020, which I have not received any response for them from the AUSA D. Sassoon. I have sent copies from my two letters to AUSA D. Sassoon to the Court too.

I don't know or understand the reason behind such unnecessary delay by the Government in returning my property/money all this time. I wonder if my money were lost or stolen, I have no clue about what's going on. The only way, your Honor, to resolve this issue is my issuing a clear and direct order to the Government to return my money ($2,615.00) immediately with No delay, and this order to be equipped with some type of punitive action against the Government if they don't adhere to the Court order immediately. And thank you in advance for your consideration.

Respectfully submitted,

Mhd

Mohammad Salameh
Reg. #34338-054

On March 3, 2020, the Court directed the Clerk to enter judgment. (Dt 943) This was not been done. The Clerk shall do so promptly.
cc file
[signature] USDJ 6/17/2020

INMATE NAME: Mohammad Salameh
REGISTER # 34338-054
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224

Special Mail
11, 2020

⇔ 34338-054 ⇔
Lewis A Kaplan
U.S District Judge
500 Pearl ST, Room 200
U.S.Courthouse, Clerkoffice
NEW YORK, NY 10007
United States

RECEIVED
PRO SE OFFICE
JUN 16 2020

12 JUN 2020 PM 1 L

10007-131608