19-cv-4002 Doc. 30

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMMAD SALAMEH, <br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA <br> Defendant. | 19 CIVIL 4002 (LAK) <br> 93-CR-0180 (LAK) <br><br> MOTION FOR INJUNCTIVE RELIEF, TO ENFORCE GOVERNMENT TO RETURN ORDERED PROPERTY IN THE AMOUNT OF $2,615.00 |

Now comes, the Plaintiff, Mohammad Salameh, moving this Court for Injunctive Relief To Enforce Government (Defendant) To Return Ordered Property In The Amount of $2,615.00.

On November 19, 2019, this Honorable Court ordered Government to return Plaintiff's property in the amount of $2,615.00. (Document No. 926)

Again, on March 4, 2020, this Honorable Court entered Judgment for Plaintiff against the government in the amount of $2,615.00. (Document No. Dated March 4, 2020)

It has been over ten months and half and Plaintiff has not received any such funds of $2,615.00 from the Defendant (Government).

*Judgment has been entered against the US. No injunctive order appropriate.*

**SO ORDERED**

*DENIED*

LEWIS A. KAPLAN, USDJ
10/28/2020