THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

| | |
|---|---|
| MOHAMMAD SALAMEH, Plaintiff, | Case No. 19-CV-4002 (LAK) 93-CR-180 (LAK) |
| v. | |
| UNITED STATES OF AMERICA, Defendant. | Plaintiff's Motion For Reconsideration To Hold Defendant In Contempt For Failure To Comply With Court's Order And Judgment |

In this Court Order, as a reference to the Treasury Judgment Fund and after close inspection we will find that requests must come directly from federal agencies, as a result, Plaintiff cannot request payment of this Court Judgment.

As stated in Treasury Financial Manual and regulations at 31 CFR §256.1, Fiscal Service certifies payments from the Judgment Fund when the following four criteria have been met:
- Awards or settlements are final,
- Awards or settlements are monetary (that is, they require the payment of specific sums of money awarded against the United States),
- One of the authorities specified in 31 U.S.C. §1304(a)(3) provides for payment of the award or settlement from the Judgment Fund, and
- Payment may not legally be made from any other source of funds

<u>Memorandum Endorsement</u>          <u>Salameh v US, 19-cv-4002; US v Salameh, 93-cr-180 (LAK)</u>

      The motion for reconsideration [Dkt 35 in 19-cv-4002, Dkt 1005 in 93-cr-180] is denied. Plaintiff holds a judgment against the United States. The means of collecting it is by application to the Secretary of the Treasury for a payment from the judgment fund. In the event a proper application is made and it is unsuccessful, plaintiff possibly could pursue an action against the Secretary of the Treasury.

      SO ORDERED.

Dated:      February 15, 2021

                                                      Lewis A. Kaplan
                                                      United States District Judge